AO 442 (Rev. 01/09) Arrest Warrant

8982018

3406-J

___ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
___ COUNSEL/PARTIES OF RECORD

AUG 29 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Nevada

United States of America  )
v.  )
ROBERT LOUIS RUENZEL II  )   Case No. 3:12-mj-0085-WGC
_____  )
Defendant  )

2012 AUG 29 PM 12:30
RECEIVED
UNITED STATES MARSHAL
DISTRICT OF NEVADA

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      ROBERT LOUIS RUENZEL II
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 21, United States Code, Section 844(a) - Possession of a Controlled Substance (Methamphetamine)

Date: 08/29/12

_____
*Issuing officer's signature*

City and state: Reno, Nevada

WILLIAM G. COBB, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 8-29-12, and the person was arrested on *(date)* 8/28/12
at *(city and state)* Gerlach NV @ Burning Man

Date: 8/29/12

_____
*Arresting officer's signature*
for Sean Hyons

Loron Good  BLM SA
*Printed name and title*