```
                           ✓ FILED          ___ RECEIVED
                           ___ ENTERED      ___ SERVED ON
                                COUNSEL/PARTIES OF RECORD

                                    AUG 2 9 2012

                                CLERK US DISTRICT COURT
                                  DISTRICT OF NEVADA
                           BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No.: 3:12-MJ-85-WGC |
|---|---|
| Plaintiff, | |
| vs. | ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS |
| Kuenzel, | |
| Defendant. | |

I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with any local, state or federal government or its agents. I will not waive any of my constitutional rights except in the presence of counsel, and I do not want any local, state or federal government or its agents to contact me seeking my waiver of any rights unless my counsel is present.

_____
(Defendant's signature)

_____, 201 West Liberty Street, Suite 102, Reno, Nevada 89501
(Attorney for Defendant)


_____
(Attorney's signature)


Date: _____     Time: _____ a.m. / p.m.